UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLOYD D. SCOTT,

    Plaintiff,

vs.

G. LAUBER, MTA; WILLIS, MTA; ANNA MENDOZA, LVN; and WYSINGER, Correctional Officer,

    Defendants.

No. C 05-0111 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has twice been returned by the postoffice as undeliverable, most recently in December of 2007, and plaintiff has not filed anything in this case since March 30 of 2006. Plaintiff has not provided a new address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: July 3, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.05\SCOTT111.DIS-mail.wpd